ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELICIANO ENCINIA-MORENO | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-05-068 |
| | * | |
| UNITED STATES OF AMERICA | * | (Criminal No. B-02-319) |

United States District Court
Southern District of Texas
ENTERED

MAY 23 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING REQUEST FOR TRANSCRIPTS

Feliciano Encinia-Moreno's request for transcripts is hereby **GRANTED**. The Clerk is **ORDERED** to send the Petitioner the transcripts of his plea and sentencing record.

DONE at Brownsville, Texas, on 23rd day of May 2005.

Felix Recio
United States Magistrate Judge